UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:21-cr-66 |
| | § | |
| LADONNA WIGGINS | § | |
|     Defendant | § | |

## ORDER PERMITTING DISCLOSE OF DISCOVERABLE MATERIAL PURSUANT TO PROTECTIVE ORDER

**IT IS ORDERED** that discoverable information provided by the United States to counsel for the above named defendant in the above numbered cause be made pursuant to this protective order.

**IT IS FURTHER ORDERED** that the discoverable materials being made available by the United States to the defendant and her attorney not be discussed or disclosed to anyone other than the named defendant and her counsel of record, or the staff of her counsel of record (including investigators, paralegals, expert witnesses, and other contracted agents associated with the attorney of record for purposes of defense preparation), except upon the express authorization of this Court and further that under no circumstance shall copies be provided to a defendant or left at any detention facility for the defendant to review.

**IT IS FURTHER ORDERED** that this protective order applies to any subsequent discoverable material provided to the defense, except for the defendant's own statement.

**IT IS FURTHER ORDERED** that any attorney receiving the above-described items is <u>not</u> to disclose any information therein other than to prepare for trial and for the defense of his/her client.

Dated this _____ day of _____, 2021.

_____
JUDGE CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE