United States District Court
Southern District of Texas
**ENTERED**
June 25, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

_____

| | |
|---|---|
| UNITED STATES, | ] Magistrate Judge Frances H. Stacy |
| Plaintiff | ] |
| | ] |
| v. | ] |
| | ] |
| LADONNA WIGGINS, | ]   No. 4:21-cr-00066-1 |
| Defendant. | ] |
| _____ | ] |

**AGREED ORDER**

THIS MATTER having been brought before the Court on motion of Defendant, LaDonna Wiggins, by and through Counsel, for an Order modifying the terms of the Defendant's pretrial release to permit international travel to Croatia, and the Court having considered the matter and good cause appearing,

IT IS on this _____ day of June 25, 2021 _____, 2021,

**ORDERED** that the terms of Defendant's pretrial release shall be modified as follows:

1.  Defendant shall be permitted to travel to Split, Croatia from July 2, 2021 through July 11, 2021;

2.  Defendant's United States passport shall be made available to her at the Houston, Texas office of the United States Secret Service immediately

upon execution of this Order.  Upon receipt of her passport, Defendant shall provide a copy of her passport to the Probation Office;

3.      Defendant shall provide a complete and accurate itinerary for Defendant's trip, attached hereto as "Exhibit A."  Defendant shall further provide to the Probation Office a copy of her round-trip airline ticket and lodging reservations, including the hotel reservation for her first night in Croatia;

4.      Defendant shall provide the address and verifiable phone number of Marc David, the business broker who assisted her in setting up meetings with potential business partners, attached hereto as "Exhibit A;"

5.      Defendant shall contact United States Probation Officer Andrew Flores by telephone on a daily basis for the duration of her trip from July 2, 2021 through July 11, 2021 at a telephone number to be provided in advance by the United States Probation Office.  During these daily phone calls, among other information provided by Defendant, she will provide the names, addresses, and verifiable phone numbers of those individuals she has met in Croatia for business purposes during that same day; and

6.      Defendant shall re-surrender her passport within twenty-four (24) hours

following her return to Houston, Texas on July 11, 2021, to a person

designated by the attorney for the United States in this matter.

All other terms of Defendant's pretrial release shall remain applicable.

*Frances H. Stacy*

_____

Magistrate Judge Frances H. Stacy

*United States v. LaDonna Wiggins*
Docket No. 4:21-cr-00066-1
LaDonna Wiggins Travel Itinerary
Houston, Texas to Split Croatia
July 2, 2021 – July 11, 2021

**-Exhibit A-**

**LaDonna Wiggins Travel Itinerary**
**Houston, Texas to Split, Croatia**
**July 2, 2021 – July 11, 2021**

**-Friday, July 2, 2021:** Travel from Houston, Texas to Split, Croatia.

>   United Airlines #8867, Operated by Lufthansa
>   Depart: 4:10 p.m. Friday, July 02, 2021
>   Houston George Bush Intercontinental Airport, USA (IAH)
>   Terminal D
>   Arrive: 9:15 a.m. Saturday, July 03, 2021
>   Frankfurt International Apt, Germany (FRA)
>   Terminal 1
>
>   Croatia Airlines #413
>   Depart: 11:25 a.m. Saturday, July 03, 2021
>   Frankfurt International Apt, Germany (FRA)
>   Terminal 1
>   Arrive: 1:05 p.m. Saturday, July 03, 2021
>   Split Airport, Croatia (SPU)
>   Terminal TBD

**-Saturday, July 3, 2021:** Arrival in Split, Croatia. Check in to Guest House Levanda, Kneza Višeslava 10, Split, 21000, Croatia.

**-Sunday, July 4, 2021:** Stay at Guest House Levanda, Kneza Višeslava 10, Split, 21000, Croatia.

**-Monday, July 5, 2021:** Meet with two potential clients at 10:00 am in Split, Croatia interested in franchising Amahle brand, in order to review the costs, standard operating procedures, percentage of monthly sales, and brand standards. Stay at Guest House Levanda, Kneza Višeslava 10, Split, 21000, Croatia.

**-Tuesday, July 6, 2021:** Join Sail Week. Sail to Bol, Croatia. Ms. Wiggins will be staying on a boat provided by Sail Week with a small cabin.

**-Wednesday, July 7, 2021:** Sail to Vis, Croatia. Ms. Wiggins will be staying on a boat provided by Sail Week with a small cabin.

**-Thursday, July 8, 2021:** Sail to Hvar, Croatia. Ms. Wiggins will be staying on a boat provided by Sail Week with a small cabin.

1

*United States v. LaDonna Wiggins*
Docket No. 4:21-cr-00066-1
LaDonna Wiggins Travel Itinerary
Houston, Texas to Split Croatia
July 2, 2021 – July 11, 2021

**-Friday, July 9, 2021:** Return to Split, Croatia.  Lunch Meeting with the Event Coordinator for Sail Week Croatia to pitch the possibility of utilizing Wiggins & Graham enterprise as a mobile food vendor during events, such as Sail Week or the Hideout Festival, in order to share Ms. Wiggins' experience as a patron and pitch how her brand can enhance the experience of Sail Week for their guests. Ms. Wiggins will be staying on a boat provided by Sail Week with a small cabin.

**-Saturday, July 10, 2021:** Travel from Split, Croatia to Houston, Texas.

> United Airlines #7259, Operated by Croatia Airlines
> Depart: 1:00 p.m. Saturday, July 10, 2021
> Split Airport, Croatia (SPU)
> Terminal TBD
> Arrive: 2:50 p.m. Saturday, July 10, 2021
> Frankfurt International Apt, Germany (FRA)
> Terminal 1
>
> United Airlines #815
> Depart: 5:25 p.m. Saturday, July 10, 2021
> Frankfurt International Apt, Germany (FRA)
> Terminal 1
> Arrive: 8:20 p.m. Saturday, July 10, 2021
> Washington Dulles International Apt, USA (IAD)
> Terminal TBD
>
> United Airlines #1233
> Depart: 10:15 p.m. Saturday, July 10, 2021
> Washington Dulles International Apt, USA (IAD)
> Terminal TBD
> Arrive: 12:21 a.m. Sunday, July 11, 2021
> Houston George Bush Intercontinental Airpor, USA (IAH)
> Terminal C

**-Sunday, July 11, 2021:** Arrival in Houston, Texas.

**-Contact:** Marc David, (347) 502-8885, broker utilized to set up meetings with private clients who may be interested in franchising.

**-Ms. Wiggins will contact U.S. Probation Officer Andrew Flores via telephone on each day of her trip from July 2, 2021 through July 11, 2021.**

2