**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

SEP - 2 2021

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

vs. § CRIMINAL NO.

LADONNA WIGGINS

Criminal Number: 4:21-cr-66

To whom this may concern,

Looking over the documentation, I am not seeing the following employer for LaDonna Wiggins....

**U.S. WELL SERVICES HQ**

**1360 POST OAK BOULEVARD, SUITE 1800**

**HOUSTON, TX 77056**

**832-562-3730**

**Her supervisor was Dean Fullerton (832) 562-3986. He is the head of the Human Resources Dept and LaDonna Wiggins worked directly under him in the HR dept.**

Just some information I thought would be helpful in this case pertaining to created documentation used to obtain PPP loans. Honestly, I would not be surprised if some of them were not involved in assisting with this fraud.