United States District Court
Southern District of Texas
**ENTERED**
May 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL ACTION NO 4:21-CR-00066 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| LADONNA WIGGINS, Defendant. | § § | |

## ORDER

Pending is a motion by Defendant Ladonna Wiggins to reconsider the order denying her motion to modify terms of pretrial release. Dkt 189. The Government and Probation Office both oppose the motion. Probation notes in its opposition that Defendant recently submitted questionable information as to income, employment, and current address.

The motion to reconsider is DENIED. Dkt 189.

SO ORDERED.

Signed on May 19, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge