# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   Criminal No. 4:21-CR-66 |
| | § |
| LADONNA WIGGINS | § |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE UNITED STATES

The United States, by and through undersigned counsel, respectfully request that the Court permit, Zahra Jivani Fenelon to withdraw as counsel of record for the United States.

Assistant United States Attorney Zahra Jivani Fenelon's last day with the United States Attorney's Office, Southern District of Texas was July 14, 2023. Assistant United States Attorney from the Southern District of Texas Rodolfo Ramirez will continue to represent the United States in this case. Given this continued representation, the withdrawal of Zahra Jivani Fenelon will not delay the progress of this case, otherwise interrupt the working operation of the Court, or be manifestly unfair to either Party.

Accordingly, the undersigned counsel respectfully requests that the Court enter an Order withdrawing Zahra Jivani Fenelon from this case and removing her name from the Court's CM/ECF notifications for this action.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By:  *s/ Zahra Jivani Fenelon*
Zahra Jivani Fenelon
Assistant United States Attorney
Southern District of Texas
E-mail: Zahra.Fenelon@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 17, 2023, I electronically filed this Motion to withdraw using the CM/ECF system, which sent notification to counsel of record.

                                                            By:   *s/ Zahra Jivani Fenelon*
                                                                      Zahra Jivani Fenelon
                                                                      Assistant United States Attorney