United States District Court
Southern District of Texas
**ENTERED**
July 21, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NO. 4:21-CR-00066 |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| LADONNA WIGGINS Defendant. | § § | |

**ORDER**

Pending now is an unopposed motion to withdraw filed by counsel for the Government. Dkt 197.

The motion is GRANTED.

Attorney Zahra Jivani Fenelon is WITHDRAWN as attorney of record for the Government.

SO ORDERED.

Signed on July 20, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge