# UNITED STATES GOVERNMENT MEMORANDUM



**To:** Christina A. Bryan
United States Magistrate Judge

**From:** Matthew Simons
U.S. Probation Officer
346-266-3959

**Subject:** LaDonna Wiggins
4:21CR00066-001

**Date:** July 29, 2024

---

During the proceedings held on May 28, 2024, for this defendant, Your Honor instructed Pretrial Services to provide the Court with an update regarding her efforts to find verifiable employment.

During the months of May 2024 and June 2024, the defendant provided job search logs. She was instructed by the United States Probation Officer (USPO) to attach any confirmation emails she received for positions applied to online. Upon review of the job search log for these months, the defendant attached three to five screenshots of confirmation emails, whereas there are twenty jobs indicated on the job search log with most of those jobs being marked as applied to online. The defendant also attached screenshots of her sales from the month. These sales appear to be clothing items. The application she used is unknown.

On July 24, 2024, the defendant provided the USPO a job offer letter that was addressed to her from Lekki Island Bar and Grill as a waitress and as a content creator. An internet search revealed this appears to be a legitimate business that is currently in operation. It is unclear if this is a full-time position as according to the letter, the defendant would work as a waitress Wednesday and Thursday 5pm to close (midnight according to the website), and as a content creator Monday and Friday in a remote capacity. According to the letter, the defendant would begin work on Wednesday, July 31, 2024.

It is respectfully requested that the Court take **no action** at this time noting that Pretrial Services will monitor the defendant's employment status and will approach the court with any concerns or further violations.

WIGGINS, LaDonna
4:21CR00066-001
Page 2

Respectfully Submitted:

_____     _____
Matthew Simons                Susan Calder
United States Probation Officer   Supervising U.S. Probation Officer

Order of the Court:

☑   The Court concurs with the recommendations

☐   The court does not concur with the recommendation

☐   Other: _____

Ordered  July 30 , 2024.

_____
Christina A. Bryan
United States Magistrate Judge